IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>            Plaintiff,<br><br>    vs.<br><br>VIKKI CERDA, HOD KOSMAN, Broad of Trustees Scottsbluff; JIM TRUMBULL, Broad of Trustees Scottsbluff; LAUREN EKDAH, Rev., Broad of Trustees Scottsbluff; JEFF SALIBURYL, Broad of Trustees Scottsbluff; ALAN TOWNSEND, Broad of Trustees Scottsbluff; AMANDA VICK, Broad of Trustees Scottsbluff; ERIC WIEBE, Broad of Trustees Scottsbluff; MICHAEL YUNG, Broad of Trustees Scottsbluff; CAROLYN ESCAMILLA, Broad of Trustees; MARK GILLAM, Broad of Trustees; LEE GLENN, Broad of Trustees; DENNIS MILLER, Broad of Trustees; JEFFREY HOLLWAY, Broad of Trustees; TOM HOLYOKE, Broad of Trustees; MEL MCNEA, Broad of Trustees; and JOHN MASSEY, Broad of Trustees;<br><br>            Defendants. | 8:23CV495<br><br>**MEMORANDUM AND ORDER** |

On April 15, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 4. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

2

Dated this 6th day of August, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge